# Court of Appeals of the State of Georgia

ATLANTA, February 11, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0341. MARK A. SMITH v. THE STATE.**

In November 2000, a jury found Mark A. Smith guilty of one count of aggravated child molestation, three counts of child molestation, and one count of first degree cruelty to children. Smith's convictions were affirmed on appeal. *Smith v. State*, 257 Ga. App. 88 (570 SE2d 400) (2002), overruled in part on other grounds, *Patterson v. State*, 278 Ga. App. 168, 170 (628 SE2d 618) (2006). In December 2025, Smith filed a motion seeking to set aside his convictions. The trial court denied the motion, and Smith filed this application for discretionary appeal.

The Supreme Court of Georgia has made clear that a post-conviction motion challenging the validity of a conviction and seeking to set aside or vacate the same is not a valid procedure in a criminal case. *Williams v. State*, 283 Ga. 94, 94–95 (656 SE2d 144) (2008). Thus, any effort to appeal from the denial of such a motion must be dismissed. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218(2) (686 SE2d 786) (2009). Accordingly, Smith's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/11/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*